NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEL CORPORATION,**
*Plaintiff-Appellee,*

v.

**NEGOTIATED DATA SOLUTIONS, INC.,**
*Defendant-Appellant,*

AND

**ASUS COMPUTER INTERNATIONAL, INC.,
ACER AMERICA CORPORATION, ACER, INC.,
LENOVO GROUP LTD., AND LENOVO, INC.,**
*Defendants.*

---

2011-1448

---

Appeal from the United States District Court for the Eastern District of Texas in case nos. 08-CV-0319 and 11-CV-0247, Chief Judge David J. Folsom.

---

ON MOTION

---

**ORDER**

   The parties jointly move for an extension of time, until September 21, 2011, for Negotiated Data to file its principal brief, for an extension of time, until November 2, 2011, for Intel to file its response brief, for an extension of time, until November 16, 2011, for Negotiated Data to file its reply brief, and for an extension of time, until November 23, 2011, to file the joint appendix.

   Upon consideration thereof,

   IT IS ORDERED THAT:

   The motion is granted.

FOR THE COURT

**JUL 2 1 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Garland T. Stephens, Esq.
     Theodore Stevenson, III, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 1 2011

JAN HORBALY
CLERK